ARTHUR McDANIEL, PLAINTIFF-PETITIONER, v. SHELBY MUTUAL INSURANCE COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Winard & Winard* for the petitioner.

*Messrs. Kristeller, Zucker, Lowenstein & Cohen* and *Mr. Milton Gurny* for the respondent.

October 17, 1960.   Denied.

IN THE MATTER OF THE SCHEDULE FILED BY THE HACKENSACK WATER COMPANY.

*Mr. Samuel W. Zerman, Mr. Alfred W. Kiefer* and *Mr. Christian Bollermann* for the petitioners.

*Mr. David D. Furman,* Attorney General, and *Mr. Richard F. Green* for the respondents.

October 17, 1960.   Granted.